IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–6–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| GRAHAM ANTHONY BOWDEN, | |
| Defendant. | |

The United States moves unopposed for a preliminary order of forfeiture in this matter. (Doc. 25.) Defendant Graham Anthony Bowden has been adjudged guilty of being a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 1), and possession of an unregistered silencer, in violation of 26 U.S.C. §§ 5841, 5861(d) (Counts 2 and 3), and he admitted to the forfeiture allegation in his guilty plea. (Docs. 20, 23, 24.) As such, there is a factual basis and cause to issue this preliminary order of forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2), and Fed. R. Crim. P. 32.2(b).

Accordingly, IT IS ORDERED that the United States' motion for a preliminary order of forfeiture, (Doc. 25), is GRANTED.

1

IT IS FURTHER ORDERED that Defendant Bowden's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d)(1):

1. Palmetto State Armory G3-10, multi-caliber rifle, S/N: G347255;

2. Intratec TEC9, 9mm caliber pistol, S/N: E000540;

3. CZ (Ceska Zbrojovka) CZ805 Bren S1 .556 caliber rifle, S/N: C038104;

4. Rock Island Armory Inc. (Geneseo, IL) 1911, .45 caliber pistol, S/N: none;

5. Walther PPQ, .45 caliber pistol, S/N: FDP0867;

6. HS Produkt (IM Metal) XDM Elite, 9mm pistol, S/N: BA508612;

7. Beretta, Pietro S.P.A. A390ST, .12 caliber shotgun, S/N: P25355E;

8. Winchester 50, .12 caliber shotgun, S/N: 68072;

9. Savage Axis II, 30-06 caliber rifle, S/N: P583387;

10. Savage Axis II XP, .243 caliber rifle, S/N: P507656;

11. Marlin Firearms Co 15Y, .22 caliber rifle, S/N: 11555479;

12. Winchester 1906, .22 caliber rifle, S/N: 231715;

13. Silencer, unknown make/model/serial number, 9mm caliber;

14. Silencer, unknown make/model/serial number/caliber; and

15. Any associated accessories and ammunition.

IT IS FURTHER ORDERED that the ATF or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property, and will also post notice on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 14th day of November, 2025.

Donald W. Molloy, District Judge
United States District Court